UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY E. LARSON,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>PAT VASQUEZ, Warden,<br><br>　　　　　　　　　　Respondent. | Case No.:  16cv2944 GPC (WVG)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

　　　　Petitioner Harvey E. Larson, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and a document entitled "Motion to Proceed Before Obtaining Prisoner Trust Account Statement."  This case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below, and the motion is thus **DENIED**.

### PETITION BARRED BY GATEKEEPER PROVISION

　　　　The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his April 13, 2000 conviction in San Diego Superior Court, case No. SCE 195230.  On July 7, 2009, Petitioner filed in this Court an Amended Petition for Writ of Habeas Corpus in case No. 09cv0745 L (PCL).  In that

petition, Petitioner challenged his conviction in San Diego Superior Court case No. SCE 195230 as well.  On February 25, 2011, this Court denied the petition as untimely.  A certificate of appealability was denied by the Ninth Circuit on August 23, 2012.  (ECF No. 59.)

## INSTANT PETITION BARRED BY GATEKEEPER PROVISION

Petitioner is now seeking to challenge the same conviction he challenged in his prior federal habeas petition.  Unless a petitioner shows he or she has obtained an order from the appropriate court of appeals authorizing the district court to consider a successive petition, the petition may not be filed in the district court.  *See* 28 U.S.C. §2244(b); *McNabb v. Yates*, 576 F.3d 1028, 1030 (9th Cir. 2009) (holding that dismissal for failure to comply with one-year statute of limitations renders subsequent petitions challenging the same conviction or sentence "second or successive" under 2244(b)).  Here, there is no indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive petition.[1]

## CONCLUSION

Because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition.  Accordingly, the Court **DENIES** Petitioner's Motion to Proceed Without a Trust Account Statement and **DISMISSES** this action without prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals.  ***The Clerk of Court is directed to mail Petitioner a blank Application for Leave to File a Second or Successive Petition or Motion Pursuant to 28 U.S.C. § 2254 or § 2255 together with a copy of this Order.***

/ / / /

/ / / /

---

[1] Petitioner has filed three other cases that have been dismissed as successive, 14cv2083 JAH (JMA), 16cv1038 GPC (MDD), and 16cv2374 GPC (BLM).

1 **IT IS SO ORDERED.**

2 Dated: December 6, 2016

3 Hon. Gonzalo P. Curiel
4 United States District Judge